IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRY GENE GRAHAM,

     Plaintiff,                    No. CIV S-09-3025 KJM P

     vs.

SHASTA COUNTY SHERIFF'S DEPT., et al.,

     Defendants.          ORDER
     _____/

     Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

     In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account

/////

/////

/////

1

1 statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's
2 failure to comply with this order will result in this action be dismissed without prejudice.
3 DATED: November 19, 2009.

_____
U.S. MAGISTRATE JUDGE

6 1/mp
grah3025.3c.new

1 statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's

2 failure to comply with this order will result in this action be dismissed without prejudice.

3 DATED: November 19, 2009.

_____
U.S. MAGISTRATE JUDGE

6 1/mp
grah3025.3c.new