IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRY GENE GRAHAM,

    Plaintiff,                        No. CIV S-09-3025 DAD (TEMP) P

    vs.

SHASTA COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        By order filed March 16, 2011, plaintiff's amended complaint was dismissed and he was granted thirty days leave to file a second amended complaint. The thirty day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order. Although it appears from the court file that plaintiff's copy of the order was returned to the court as undeliverable, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

/////

/////

1

1   In accordance with the above, IT IS HEREBY ORDERED that this action is
2   dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).
3   DATED: April 21, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kc
grah3025.fta